IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-CV-01358-PSF-MJW

CHARLOTTE R. GARRETT,
OLIVA G. GARRETT and,
ADAM J. GARRETT,

    Plaintiffs,

v.

LAND WEST VENTURES, INC., d/b/a BEAR WALLOW RANCH, a Georgia corporation and,
OSCAR HOYOS DeLaCRUZ,

    Defendants.

## ORDER OF RECUSAL

Michael J. Watanabe, Magistrate Judge

    This case is before the Court pursuant to an Order of Reference from District Judge Phillip S. Figa, dated July 17, 2006 (docket no. 2). In reviewing this case, this Court finds that the named Defendant, Land West Ventures, Inc., is being represented by Kevin Kuhn, Esquire, from the law firm of Montgomery Little Soran Murray & Kuhn, P.C. Magistrate Judge Michael J. Watanabe discloses that he has previously been employed as an attorney for the law firm of Montgomery Little Young Campbell & McGrew, P.C. f/k/a Montgomery Little & McGrew, P.C. and n/k/a Montgomery Little Soran Murray & Kuhn, P.C., and worked very closely on a number of cases with Kevin Kuhn, Esquire. Moreover, Magistrate Judge Watanabe does frequently socialize with Mr. Kuhn.

Accordingly, pursuant to 28 U.S.C. § 455 the undersigned recuses himself for services in the above captioned matter since this Court's impartiality might reasonably be questioned. This Court directs that this case be returned to the Clerk of Court for reassignment by random draw for a new Magistrate Judge.

Dated this 15th day of August, 2006 in Denver, Colorado.

BY THE COURT

S/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge