IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01358-PSF-CBS

CHARLOTTE R. GARRETT;
OLIVIA G. GARRETT; and
ADAM J. GARRETT,

    Plaintiffs,

v.

LAND WEST VENTURES, INC. d/b/a Bear Wallow Ranch, a Georgia corporation; and
OSCAR HOYOS DeLaCRUZ,

    Defendants.

## ORDER GRANTING WITHDRAWAL OF COUNSEL

    This matter is before the Court on Defendants' Notice of Substitution of Counsel (Dkt. # 56). This notice will be treated as an entry of appearance by Michael S. Power, on behalf of Defendant Oscar Hoyos DeLaCruz, and a motion to withdraw on behalf of John H. Stevens and Jennifer J. Gifford, pursuant to D.C.COLO.LCivR 11.1A and 83.3D.  It is hereby

    ORDERED that John H. Stevens and Jennifer J. Gifford are permitted to withdraw as counsel for Defendant Oscar Hoyos DeLaCruz, effective immediately.

    DATED:  February 21, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge