IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01358-PSF-CBS

CHARLOTTE R. GARRETT;
OLIVIA G. GARRETT; and
ADAM J. GARRETT,

    Plaintiffs,

v.

LAND WEST VENTURES, INC. d/b/a Bear Wallow Ranch, a Georgia corporation;
OSCAR HOYOS DeLaCRUZ, and
JUAN SALIDO-TALAVERA,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the Stipulated Motion to Amend Scheduling Order (*doc. no. 61*) is **GRANTED**.  The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **June 29, 2007** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **August 31, 2007** |
| Discovery deadline | **September 28, 2007** |
| Dispositive motion deadline | **October 12, 2007** |
| Final Pretrial Conference | **February 12, 2008, at 9:15 a.m.** |
| Deadline to submit proposed final pretrial order | **five days prior to the conference** |

**DATED:**     April 5, 2007