IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01358-PSF-CBS

CHARLOTTE R. GARRETT, OLIVIA G. GARRETT
and ADAM J. GARRETT,

      Plaintiffs,

v.

LANDS WEST VENTURES, INC. d/b/a BEAR WALLOW RANCH,
a Georgia corporation, OSCAR HOYOS DeLaCRUZ and JUAN SALIDO-TALAVERA,

      Defendants.

## ORDER GRANTING DEFENDANT BEAR WALLOW RANCH'S MOTION FOR AN ORDER TO OBTAIN INFORMATION CONTAINED IN THE FILES OF THE OFFICE OF HOMELAND SECURITY

This matter having come before the Court on Defendant Bear Wallow Ranch's Motion for an Order to Obtain Information Contained in the Files of the Office of Homeland Security, due notice having been given and the Court being fully advised;

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant Bear Wallow Ranch seeks an Order directing the Office of Homeland Security to release information regarding Defendant Oscar DeLaCruz. Defendant sent a request to the Office of Homeland Security under the Freedom of Information Act. Defendant represents that it was informed that the information would not be released absent a release or court order. The whereabouts of Mr. DeLaCruz are unknown making the execution of a release impossible.

F.R.C.P. 26(b)(1) provides that "[f]or good cause, the court may order discovery of any matter relevant to the subject matter involved in the action." Also, discovery procedures in the

Federal Rules of Civil Procedure seek to further the interests of justice by minimizing surprise at trial and ensuring wide-ranging discovery of information. *See Williams v. Board of County Commissioners*, 192 F.R.D. 698, 702 ( D.Kan.2000) (request for discovery should be considered relevant if there is any possibility the information sought may be relevant to a claim or defense)

In this instance, Defendant Bear Wallow Ranch has articulated good cause for the issuance of the discovery order namely the production of an investigative file completed by the Office of Homeland Security concerning another named Defendant. It is likely that based on the facts of the case, information relevant to a claim or defense will be produced. Therefore, the Court hereby Orders that the Office of Homeland Security is to produce all documents contained in its files regarding Oscar Hoyos DeLaCruz.

This Order should be served in conjunction with a subpoena pursuant to F.R.C.P. 45(1)(C) which generally directs a non-party to produce and permit inspection and copying of designated books, documents, or tangible things in the possession, custody or control of that person.

DATED at Denver, Colorado, this 26th day of June.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge