IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01358-PSF-CBS

CHARLOTTE R. GARRETT;
OLIVIA G. GARRETT; and
ADAM J. GARRETT,

    Plaintiffs,

v.

LAND WEST VENTURES, INC. d/b/a Bear Wallow Ranch, a Georgia corporation;
OSCAR HOYOS DeLaCRUZ, and
JUAN SALIDO-TALAVERA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Second Stipulated Motion to Amend Scheduling Order (*doc. no. 72)* is **GRANTED**. The scheduling order is modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **July 10, 2007** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **September 10, 2007** |
| Discovery deadline | **October 5, 2007** |
| Dispositive motion deadline | **October 19, 2007** |

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    July 11, 2007