IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01358-PSF-CBS

CHARLOTTE R. GARRETT;
OLIVIA G. GARRETT; and
ADAM J. GARRETT,

      Plaintiffs,

v.

LAND WEST VENTURES, INC. d/b/a Bear Wallow Ranch, a Georgia corporation;
OSCAR HOYOS DeLaCRUZ, and
JUAN SALIDO-TALAVERA,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the "Third Stipulated Motion to Amend Scheduling Order" (*doc. no. 88)* is **GRANTED**. The scheduling order is amended as follows:

1. Rule 26(a)(2) REBUTTAL expert disclosures is extended to **October 1, 2007**; and
2. Deadline for completion of discovery is extended to **November 16, 2007** for the purpose of taking expert depositions.

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**      September 10, 2007