IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 11, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-01358-RPM

| | |
|---|---|
| CHARLOTTE R. GARRETT, | William L. Keating |
| OLIVIA G. GARRETT and | Michael O Keating |
| ADAM J. GARRETT, | Deidre E. Ostrowski |

      Plaintiffs,

v.

| | |
|---|---|
| LAND WEST VENTURES, INC., | John R. Riley |
| d/b/a Bear Wallow Ranch, a Georgia corporation, | Kevin J. Kuhn |
| OSCAR HOYOS DeLaCRUZ and | Robin E. Scully |
| JUAN SALIDO-TALAVERA, | Gerald D. Pratt |
| | Adam J. Gentile |

      Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**2:03 a.m.     Court in session.**

Court's preliminary remarks.

Mr. Wliiam Keating confirms that a pretrial conference was held today before Magistrate Judge Shaffer.

**ORDERED:** Order of Referring Case to Magistrate Judge Watanabe [2] and Letter of Reassigning Case to Magistrate Judge Shaffer [15] are vacated.

Court's summary of its understanding of the case facts.

Discussion between Court and Mr. Sculley regarding defendant Oscar Hoyos DeLaCruz's whereabouts, representation authority and Rule 11.

Mr. Sculley states a private investigator has informed his firm that the defendant DelaCruz is currently residing in Mexico but there has never been any direct communications with Mr. DelaCruz regarding this matter including permission and approval for representation.

**ORDERED:** **Order to Show Cause shall enter on why all pleadings filed on behalf of Oscar Hoyos DelaCruz should not be stricken. Counsel shall respond by March 3, 2008 (20 days).**
**Counsel for defendant Delacruz are not permitted to participate in proceedings until a showing of proper authority to represent defendant (Patrick Q. Hustead and Robin E. Scully).**

Mr. William Keating states service on defendant DelaCruz was effected in Mexico. Discussion between Court and William Keating regarding DelaCruz's Mexico criminal prosecution (negligent homicide - no proof of criminal conviction yet).

2:19 a.m.   Argument by Mr. Keating [99].
2:30 p.m.   Argument by Mr. Riley.

**ORDERED:** **Defendant Bear Wallow Ranch's Motion for Partial Summary Judgment on Claim for Vicarious Liability and Negligence Per Se, filed August 20, 2007 [79], is denied.**

**ORDERED:** **Defendant Bear Wallow Ranch's Motion for Partial Summary Judgment on Plaintiffs' Eighth Claim for Relief for Strict Liability, filed August 20, 2007 [80], is denied.**

**ORDERED:** **Defendant Bear Wallow Ranch's Motion for Partial Summary Judgment on Plaintiffs' Tenth Claim for Relief for Joint Liability, filed August 22, 2007 [81], is denied.**

**ORDERED:** **Defendant Bear Wallow Ranch's Motion for Partial Summary Judgment on Claim for Negligent Entrustment, filed August 22, 2007 [82], is denied.**

**ORDERED:** **Defendant Bear Wallow Ranch's Motion for Partial Summary Judgment on Claim for Negligent Hiring, Training and Supervision, filed August 23, 2007 [83], is denied.**

**ORDERED:** **Defendant Juan Salido-Talavera's Motion for Partial Summary Judgment Regarding Plaintiffs' Third Claim for Relief for Negligence, filed October 19, 2007 [97], is denied.**

**ORDERED:** **Defendant Oscar Hoyos DeLaCruz's Motion for Partial Summary Judgment Re: Felonious Killing Claim, filed October 19, 2007 [98], is denied.**

**ORDERED:** **Defendant Bear Wallow Ranch's Motion for Summary Judgment that Felonious Killing Exception Does not Apply to Bear Wallow Ranch, a Corporation, filed October 19, 2007 [99], is denied.**

Discussion regarding scheduling.

**2:45 a.m.**   **Court in recess.**   Hearing concluded. Total time: 42 min.