IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01358-RPM

CHARLOTTE R. GARRETT,
OLIVIA G. GARRETT and
ADAM J. GARRETT,

    Plaintiffs,

v.

LAND WEST VENTURES, INC.,
d/b/a Bear Wallow Ranch, a Georgia corporation,
OSCAR HOYOS DeLaCruz and
JUAN SALIDO-TALAVERA,

    Defendants.
_____

ORDER STRIKING PLEADINGS FILED FOR OSCAR HOYOS DeLaCRUZ
_____

    Upon reviewing the Response to Order to Show Cause [130], filed March 3, 2008, by Patrick Q. Hustead and Robin E. Scully who have appeared as counsel for defendant Oscar Hoyos DeLaCruz in this civil action, and counsel having in that response acknowledged that they were retained in this matter by Travelers Insurance and have never had any direct communication with Oscar Hoyos DeLaCruz and are unable to communicate with him because he is in Mexico at an unknown location and upon the conclusion that there is no viable attorney-client relationship between appearing counsel and the named defendant, it is

    ORDERED that all pleadings filed in this matter by Patrick Q. Hustead and Robin E. Scully on behalf of the defendant Oscar Hoyos DeLaCruz are stricken.

    DATED: March 7th, 2008

                            BY THE COURT:

                             s/Richard P. Matsch

                           _____
                           Richard P. Matsch, Senior Judge