IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01358-RPM

CHARLOTTE R. GARRETT,
OLIVIA G. GARRETT and
ADAM J. GARRETT,

    Plaintiffs,

v.

LAND WEST VENTURES, INC.,
d/b/a Bear Wallow Ranch, a Georgia corporation,
OSCAR HOYOS DeLaCruz and
JUAN SALIDO-TALAVERA,

    Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **May 8, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 1, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: March 24th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge