IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01358-RPM

CHARLOTTE R. GARRETT, OLIVIA G. GARRETT
and ADAM J. GARRETT,

    Plaintiffs,

v.

LAND WEST VENTURES, INC. d/b/a BEAR WALLOW RANCH,
a Georgia corporation, and OSCAR HOYOS DeLaCRUZ

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, upon reviewing the parties' Stipulated Motion to Dismiss, and being fully advised, ORDERS:

Plaintiffs' Complaint and cause of action against the Defendants is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 29th day of May, 2008.

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge